IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACQUES R. SLOCUM                                           PETITIONER
ADC #147955

v.                        Case No. 5:14-cv-00163-JM-JTK

WENDY KELLEY, Director,                                     RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received proposed findings and recommendations from United States

Magistrate Judge Jerome T. Kearney.   After careful review of the findings and

recommendations and the timely objections thereto, as well as a *de novo* review of the record,

the Court concludes that the findings and recommendations should be, and are hereby,

approved and adopted as this Court's findings in all respects in their entirety.   The Court

refers this case to the Magistrate Judge for further proceedings consistent with the Partial

Disposition.

SO ORDERED this 15th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


JACQUES R. SLOCUM                                                    PETITIONER
ADC #152766


v.                          Case No. 5:14-cv-00163-JM-JTK


WENDY KELLEY, Director,                                             RESPONDENT
Arkansas Department of Correction



**<u>ORDER</u>**

        The Court has received proposed findings and recommendations from United States

Magistrate Judge Jerome T. Kearney.  There have been no objections.  After careful review,

the Court concludes that the findings and recommendations should be, and are hereby,

approved and adopted as this Court's findings in all respects in their entirety.  The Court

refers this case to the Magistrate Judge for further proceedings consistent with the Partial

Disposition.

        SO ORDERED this _____ day of _____, 2015.


                                    _____
                                    UNITED STATES DISTRICT JUDGE