IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACQUES R SLOCUM                                                                      PETITIONER
ADC #152766

v.                       Case No. 5:14-cv-00163-JM-JTK

WENDY KELLEY, Director,                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will issue a certificate of appealability on Mr. Slocum's ineffective assistance of counsel claims for failure to ask for a competency hearing and failure to present mitigating evidence. 28 U.S.C. § 2253(c).

SO ORDERED 18th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE